[No. 48416-1-II. Division Two. March 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LOGAN JOSEPH NEWLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-1-00750-1, Richard L. Brosey, J., entered December 2, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 48423-4-II. Division Two. March 28, 2017.]

JOHN ROSKELLEY ET AL., *Petitioners*, v. WASHINGTON STATE PARKS AND RECREATION COMMISSION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-2-00527-5, Mary Sue Wilson, J., entered December 11, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Lee, J.; Bjorgen, C.J., dissenting.

[No. 48443-9-II. Division Two. March 28, 2017.]

MARGARET M. HOUSE, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-2-07277-9, Elizabeth P. Martin, J., entered December 18, 2015. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Sutton, J. Now published at 199 Wn. App. 1.

[No. 48471-4-II. Division Two. March 28, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. XAVIER ARROYO CERVANTES, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00564-7, Richard L. Brosey, J., entered December 4, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Lee and Melnick, JJ.